————o————

## No. 4737.

### Court of Appeal, Parish of Orleans.

### LHOTE LUMBER & MFG. COMPANY VS. MRS. CHARLES A. GAILLIAUD.

Issues of fact only are involved herein.

Appeal from the Civil District Court, Division "B."

C. A. Butler, for Plaintiff and Appellee.

Albert Voorhies, for Defendant and Appellant.

DUFOUR, J. The defendant, an owner who did not give bond under Act 180, of 1894, is liable under the statute, the proof being ample that the material was sold, delivered, used in the building and not paid for.

Judgment affirmed.